Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

Arthur Moore

    v.

Sgt. Graves, and Lt. Granger,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 14-CV-6687

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed.

Date: January 15, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
    Deputy Clerk